# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

LEWIS J. WHITE,
ADC #129569                                                                               PLAINTIFF

V.                               5:12CV00362 DPM/JTR

RAY HOBBS, Director,
Arkansas Department of Correction, et al.                              DEFENDANTS

## ORDER

Plaintiff, Lewis J. White, has timely complied with the October 1, 2012 Order directing him to file a Substituted Complaint. *See* docket entry #4. However, Plaintiff has not clarified the full punishment he received as a result of his June 3, 2011 disciplinary conviction. The Court must have this information to complete § 1915A screening.

IT IS THEREFORE ORDERED THAT:

1.   Plaintiff must, **within thirty days of the entry of this Order**, file an Amended Complaint clarifying the full punishment he received as a result of the June 3, 2011 disciplinary conviction

2.   Plaintiff is reminded that if he fails to timely do so, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

Dated this 23rd day of October, 2012.

                                                                          _____
                                                              UNITED STATES MAGISTRATE JUDGE